EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex Parte: | |
|---|---|
| | 2011 TSPR 73 |
| Hugo Luis Apellániz Padró<br>Carlos Bauzá Rolón | 181 DPR ____ |

Número del Caso:     TS-2381
                     TS-3715


Fecha: 19 de mayo de 2011



Materia: Bajas voluntarias al ejercicio de la abogacía
correspondientes al mes de mayo.




Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correcciones del proceso
de compilación y publicación oficial de las decisiones del
Tribunal. Su distribución electrónica se hace como un servicio
público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Hugo Luis Apellániz Padró          2318
Carlos Bauzá Rolón                 3715

RESOLUCIÓN

San Juan, Puerto Rico, a  19 de mayo de 2011.

Durante el mes de abril de 2011, este Tribunal autorizó la Baja Voluntaria del ejercicio de la abogacía de los siguientes abogados.

Hugo Luis Apellániz Padró          2318
Carlos Bauzá Rolón                 3715

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo